Wayne Rose
227 Beach 86th Street
Rockaway Beach, NY 11693
(718) 634-4340

August 26, 2010

Honorable Nicholas Garaufis
Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Rose v. Different Twist, et. al.
     10- CV-3783
     10 -CV- 3782

Dear Sir:

It appears that while I am a citizen of the state and there are other citizens in the state the question of Diversity should be in the State Court and not in Federal Court.

As such, I have corrected the pleadings and am filing the same in Supreme Court of the State of New York, County of Nassau.

It would be appreciated if you could close this matter. (10 CV 3783)

I apologize for the inconvenience.

With respect to a new matter assigned to your honor 10-CV3782 it is most respectfully requested that it be reassigned back to back to Nassau County Courthouse.

As your honor is aware, I am presently permanently disabled and I am on medications to ensure my immune system does not get at risk (Atripla) as well as medications to fight off viruses, which may cause me at risk for a flu (Bactrim).

The Brooklyn courthouse does not allow for handicapped parking and the only lot is on the other side of the park making it very difficult for me to walk, in addition, should I need to appear in bad weather the odds of me getting sick and having to go to the hospital are greatly increased.  If I am force to take a train, I am being greatly placed at risk of getting sick.

The Nassau County Court house has handicapped parking directly in front of the courthouse.  The state of New York has provided me with a permanent handicap permit.

In addition, I am on a fixed income (SSI) and having to pay for parking in a Brooklyn Garage places another prejudice and burden on me vs. free parking in Nassau County.

I wish to "wrap up all these matters" so I can get on with my life as well and with a case before your honor since 2002, I am, with the utmost of respect, also loath to come to this courtroom.

In light of a formal motion, I most respectfully request that the matter be transferred to Nassau County Courthouse as a matter of health conditions which would be placed upon the plaintiff should he be forced to proceed in Brooklyn.

Respectfully,

Wayne Rose

# New York HIV Requisition
### (Human Immunodeficiency Virus)

**Quest Diagnostics**

Quest Diagnostics Inc[orporated]
One Malcolm Avenue
Teterboro, NJ 07608-10[...]

Name: [redacted]
Address: [redacted] NY 11367-1703   12261760
Telephone: 718-575-2900   Account Number: T00129-7   2205
RE-ORDER #925453

## PATIENT INFORMATION

(Last Name) **Wayne**  (First Name) **Rose**

In Care of:
Patient / Insured's Address   Apt. #
City   State   Zip
☐ Male  ☐ Female
Date of Birth (Month, Day, Year)
Patient Soc. Sec. #
Telephone Number (9 a.m. to 5 p.m.)
Patient I.D.

### ORDERING PHYSICIAN INFORMATION

Physician's Name (To Print on Report, Required for Group Practice)

**ICD DX CODES:** 042

Ordering Physicians NPI/UPIN #   License #   PIN #

## SPECIMEN INFORMATION

Date Collected   Time Collected   ☐ AM Fasting   Timed Urine Colle[ction]
                                 ☐ PM Non Fasting   Volume
Accession Number                                   Duration of Collection
Comments (To Print on Report)
Special Instructions to Laboratory Technologists

### PLEASE BILL TO:
☐ Patient  ☐ Insurance  ☐ Physician Acct  ☐ Medicare  ☐ Regular Railroad  ☐ Medicaid

Insured's Name (If different from Patient)   Patient Relationship to [Insured]
☐ Self  ☐ Spouse

Medicare I.D. Number   Medicaid I.D. Number (Incl. Suffix)
Primary Insurance Name and Plan   Employer/Group Na[me]
Policy I.D. Number   Group / Plan / Book #   Cat. #

Ordering Physician's Signature: (Required for Medicaid)

Medicare Limited Coverage Tests.
• = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.

Separate ABN en[closed]  ☐ Yes  ☐

---

**Supplemental testing for confirmation will be performed when indicated. Please (X) Desired Test(s). Failure to do so will result in a delay of testing.**

| Code | Test |
|---|---|
| F *17659X | HIV-1/HIV-2 Ab, EIA, w/reflex to HIV-1 Ab, WB. If HIV-1 WB is **non-reactive** or **indeterminate**, HIV-2 Ab EIA w/ reflex to HIV-2 Ab, WB is performed. |
| *35292X | HIV-1 Ab, WB (Confirmatory test for patients previously screened positive. If WB is **non-reactive** or **indeterminate**, an antibody screen is performed per NY regulati[on]) |
| F 15431X | HIV-2 Ab Screen w/reflex to WB |
| F 15911X | HIV-2 Ab, WB (Confirmatory test for patients previously screened positive. If WB is **non-reactive** or **indeterminate**, an antibody screen is performed per NY regulati[on]) |
| F *K89384 | HIV-1 DNA Qualitative, PCR |
| *40085X ✓ | HIV-1 RNA, Quantitative, Real-Time PCR |
| F 34132X | HIV-1 RNA, Quantitative bDNA (v3.0) |
| *10435X | HIV-1 RNA, Quantitative PCR with Reflex to Virtual Phenotype® |
| *10471N | HIV-1 Virtual Phenotype® for Drug Resistance to PR1 and RT1 |
| *36428X | HIV-1 Genotype |
| *15804X | HIV-1 Phenosense™ Comprehensive |
| F *15805X | HIV-1 Phenosense GT™ |

Specimens received for HIV testing must have the patient's name on the requisition and specimen vial(s).
If any other testing is to be performed on this patient, submit additional specimens with an appropriate requisition in a separate specimen [container].

### AS REQUIRED FOR PUBLIC HEALTH REPORTING BY NEW YORK STATE

Patient's Name (Last, First)
Patient's Street Address
Patient's City   State   Zip Code

**New York regulations for all HIV tests require an authorized signature (submitting physician or designee).**
By signature below, the submitting physician or designee confirms that pre-test counseling has been provided, post-test counseling will be provided and that the patient has given informed consent for the HIV test(s) based on a full explanation of the test(s) and subsequent ramifications including, without limitation, the following:
1. These tests may determine the presence or absence of Human Immunodeficiency Virus (HIV) antibody, protein, or nucleic acid.
2. Testing for HIV is VOLUNTARY.
3. These tests are not diagnostic for AIDS (Acquired Immuno Deficiency Syndrome).

X [signature]   Date: 8/18/10

Authorized Signature Required (submitting physician or designee)

ADHERE TO SPECIMEN CONTAINER
2205  2205
T00129-7  T0012[9-7]

2205  2205
T00129-7  T0012[9-7]

2205  2205
T00129-7  T0012[9-7]

♦ This test performed pursuant to an agreement with Roche Molecular Systems Inc.

Wayne Rose
227 [Beach] 96th St
Rockaway Beach N.Y. 11693

Personal & Confidential
Nicholas Garaufis, Judge
US Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201+1832